COMMONWEALTH of Pennsylvania,
Respondent

v.

Wanya ROSSER, Petitioner

No. 711 MAL 2016

Supreme Court of Pennsylvania.

March 31, 2017

## ORDER

PER CURIAM

AND NOW, this 31st day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**

Justices Donohue and Wecht did not participate in the consideration or decision of this matter.

COMMONWEALTH of Pennsylvania,
Respondent

v.

William John MORENO, Petitioner

No. 444 WAL 2016

Supreme Court of Pennsylvania.

March 31, 2017

## ORDER

PER CURIAM

AND NOW, this 31st day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania,
Respondent

v.

Derrick Wayne MOYER, Petitioner

No. 882 MAL 2016

Supreme Court of Pennsylvania.

April 3, 2017

## ORDER

PER CURIAM

AND NOW, this 3rd day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**